# LOUIS R. AIDALA
Attorney at Law
597 Fifth Avenue
New York, NY 10017

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/5/07

Ph: (212) 750 9700                                   Fax: (212) 750 8297

*Via fax*

August 31, 2007

Hon. Loretta A. Preska
United States District Judge
United States Court House
500 Pearl Street
New York, NY 10007

Re: USA v. Mohogany Huff
# 07 Cr. 298 (LAP)

Dear Judge Preska:

This letter concerns the PT conference scheduled before Your Honor in the above referenced matter on Wednesday, September 5, 2007, at 11 a.m.

Your Honor may recall that at the last conference on June 26, 2007, counsel requested that Ms. Huff - a single mother of four who lives in Northern Pennsylvania and is on public assistance be excused from any future status conferences due to the financial and other hardship involved in her traveling to New York. Your Honor graciously consented to said request.

While it appears that this matter will ultimately be resolved without a trial, no agreement has yet been reached between the parties. Therefore, because it appears that nothing of substance regarding Ms. Huff will take place at Wednesday's conference, counsel respectfully reminds the Court that, unless directed otherwise by the Court, Ms. Huff will not be present. Counsel will, of course, attend.

Thank you for Your Honor's consideration herein.

*Ms. Huff's presence is excused*
SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
*September 4, 2007*

Respectfully,
*Louis R. Aidala (JP)*
Louis R. Aidala
Attorney for Mohogany Huff

cc: Ben Naftalis, AUSA
    Richard Rosenberg, Esq.