# LOUIS R. AIDALA

**Attorney at Law**
**597 Fifth Avenue**
**New York, NY 10017**

Ph: (212) 750 9700                                                                 Fax:   (212) 750 8297

*Via fax and ECF*

September 26, 2007

Hon. Loretta A. Preska, USDJ
United States Court House
500 Pearl Street
New York, NY 10007

                           Re: USA v. Mohagany Huff
                             # 07 Cr. 298 (LAP)

Dear Judge Preska:

      This letter motion is to request a modification of Mohagany Huff's bail conditions, from strict to routine supervision, to permit her to report to pretrial services once a month rather than once a week.

      Ms. Huff was arrested in Ohio and voluntarily surrendered to the US Marshals Service, SDNY, on June 25, 2007. She was released on an unsecured $10,000 PRB, and ordered to submit to strict pretrial supervision.

      Ms. Huff, a single mother of four who lives in Northern Pennsylvania and has been on public assistance, has recently obtained employment. She started a job this week with a company called Infocision and is not permitted to take any time off until after she receives her first paycheck, which will not occur until October 10th. Her hours are Monday through Friday, from 9 a.m. to 5 p.m., and she is permitted to take off one day a month.

      Marcia Tetrick, the pretrial officer in Youngstown, Ohio, where she is being supervised, has confirmed this information and requested that the Court modify Ms. Huff's bail conditions in order to accommodate her work schedule.

      Ms. Tetrick advised that Ms. Huff has adjusted well to supervision, reports as required, has been studying for her GED, and has had negative results on all of her narcotics tests. Ms. Tetrick has no objection to her reporting monthly, rather than weekly. Ms. Tetrick's phone number is (330) 884-7492. Jason Lerman, the pretrial officer assigned to the case in this district, also consents to the modification.

Since Ms. Huff is required to report this coming Friday, September 28, unless her conditions are modified, it is respectfully requested that the Court address this matter as soon as possible, and change her reporting requirements from once weekly to once monthly, effective immediately.

Please advise me if the Court requires any further information. Thank you for the Court's consideration in this matter.

Respectfully,

Louis R. Aidala
Attorney for Mohogany Huff

cc: Ben Naftalis, AUSA
    Jason Lerman, Pretrial Services, SDNY
    Marcia Tetrick, Pretrial Services, NDOH